[No. 68843-0-I. Division One. July 22, 2013.]

KARM ENTERPRISES, INC., ET AL., *Appellants*, v. BLUE
ACE, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 11-2-32086-3, Joan E. DuBuque, J., entered
May 15, 2012. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Grosse and Becker, JJ.

[No. 68879-1-I. Division One. July 22, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN M. KRUMM,
*Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-00622-3, Thomas J. Wynne, J.,
entered June 8, 2012. *Affirmed* by unpublished opinion per
Spearman, A.C.J., concurred in by Grosse and Dwyer, JJ.

[No. 68962-2-I. Division One. July 22, 2013.]

KULEANA, LLC, ET AL., *Appellants*, v. DIVERSIFIED WOOD
RECYCLING, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-2-00098-5, Jerome J. Leveque, J.,
entered March 23, 2012. *Affirmed* by unpublished opinion
per Becker, J., concurred in by Grosse and Schindler, JJ.